UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONNIE NEWMAN,

              Plaintiff,

    v.

LOWE'S HOME CENTERS, LLC,

              Defendant.

Case No.  21-cv-02699-PJH

**ORDER**

Re: Dkt. No. 19

      The court is in receipt of the parties' motion and stipulation regarding amending the pleadings and pretrial schedule.  The stipulation for filing the first amended complaint is APPROVED.  Plaintiff shall immediately file the first amended complaint as a standalone document and serve the newly-added defendant as soon as practicable.

      However, the court DECLINES to approve the stipulation to extend the pretrial dates based upon the needs of a newly-added party without input from the newly-added party.  Accordingly, a further case management conference will be scheduled after appearance of the newly-added defendant to discuss and establish a new case schedule. The February 18, 2022, fact discovery cutoff date is VACATED, but all other dates remain unchanged until further notice from the court.

      **IT IS SO ORDERED.**

Dated: December 22, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California