UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| BONNIE NEWMAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a business entity, LOWE'S HOME CENTERS, LLC, a business entity, doing business as LOWE'S; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 4:21-cv-02699-PJH<br>(*Contra Costa Superior Court Case No.: CIVMSC21-00146*)<br><br>**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Reassigned to Hon. Phyllis J. Hamilton, U.S. District Judge<br><br>Complaint Filed: February 1, 2021 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, BONNIE NEWMAN is hereby dismissed in its entirety, with prejudice.

Dated: August 19, 2022

By: _____
HON. PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

*[Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*